**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Joe Hand Promotions, Inc.,** | Case No. CV 09-03589 JW |
| **Plaintiff,** | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| **Sam Ramirez, Jr., et al.,** | |
| **Defendant.** | |

This case is presently scheduled for a Case Management Conference on December 14, 2009.  In light of Plaintiff's pending Motion for Default Judgment set for hearing on March 1, 2010, the Court finds good cause to VACATE the December 14 Conference.

Dated:  December 8, 2009

_____
JAMES WARE
United States District Judge