Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

**Attorneys for Plaintiff
Joe Hand Promotions, Inc.**

*IT IS SO ORDERED*
/s/ James Ware
Judge James Ware
12/8/2009

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joe Hand Promotions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Sam Ramirez, Jr., et al., <br><br> Defendants. | Case No. CV 09-3589 JW <br><br> NOTICE OF VOLUNTARY DISMISSAL |

**NOTICE IS HEREBY GIVEN**, that, Plaintiff voluntarily dismisses ***without prejudice*** the following Defendant: Sam Ramirez, Jr., individually and d/b/a Slice, <u>*only*</u>.

This Dismissal is made pursuant to FRCP 41 (a).

Dated:  October 8, 2009         /s/ Thomas P. Riley
                                **LAW OFFICES OF THOMAS P. RILEY, P.C**.
                                By:  Thomas P. Riley
                                Attorneys for Plaintiff
                                Joe Hand Promotions, Inc.

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030-3227. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On October 8, 2009 I served:

**NOTICE OF VOLUNTARY DISMISSAL**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope and following ordinary business practices, said envelope was personally served upon:

Sam Ramirez, Jr.  (Defendant)
266 E. Campbell Avenue, Suite B
Campbell, CA 95008

Tedd Corman (Defendant)
266 E. Campbell Avenue, Suite B
Campbell, CA 95008

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 8, 2009, at South Pasadena, California.

Dated: October 8, 2009                    */s/ Maria Baird*
                                          **MARIA BAIRD**